# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JULIE DILORENZO CARDOSO,

    Plaintiff,

v.                                                    Case No. 8:24-cv-2738-KKM-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **ORDER**

    On December 16, 2025, the United States Magistrate Judge entered a Report and Recommendation, recommending affirmance of the Commissioner's decision to deny Plaintiff Julie Cardoso's claim for Social Security Disability Insurance benefits, enter final judgment in favor of the Commissioner and against Cardoso, and close the case. R. & R. (Doc. 20). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grants Cardoso's motion.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate

judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation. The Commissioner's decision to deny Cardoso's claim is affirmed.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order for all purposes.

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to **ENTER JUDGMENT** in favor of the Commissioner and against Cardoso, **TERMINATE** any pending motions and deadlines, and **CLOSE** the case.

**ORDERED** in Tampa, Florida, on December 31, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge